IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOYCE A. CRAUN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:10cv00082 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it hereby **ORDERED** as follows:

1. The October 3, 2011 report and recommendation is **ACCEPTED** in part and **REJECTED** in part;

2. Plaintiff's motion for summary judgment (Docket #11) is **GRANTED;**

3. The Commissioner's motion for summary judgment (Docket #13) is **DENIED**;

4. This case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further evidentiary development by the Commissioner consistent with the Memorandum Opinion filed contemporaneously herewith; and

5. This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: February 24, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge